IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANTONIO BISHOP, | : |
| Plaintiff, | : Case No. 2:22-cv-0293 |
| v. | : Chief Judge Algenon L. Marbley |
| ANNETTE CHAMBERS SMITH, *et al.*, | : Magistrate Judge Chelsey M. Vascura |
| Defendants. | : |

## ORDER ON REPORT AND RECOMMENDATION

On April 5, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 5) that the Court dismiss this case under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) for failure to state a claim on which relief may be granted. The Report and Recommendation informed the parties of their right to object within fourteen days. It also specifically advised the parties of the rights they would waive by failing to object, including the right to *de novo* review by the District Judge. (ECF No. 5 at 8–9). No objections have been filed, and the deadline lapsed on April 19, 2022.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. This case is **DISMISSED** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) for failure to state a claim on which relief may be granted.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2022